United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Afritex Ventures, Inc.,** | § | **Case No. 24-43390-ELM-11** |
| | § | |
| | § | |
| | § | |
| | § | **Hearing Date:  June 4, 2026** |
| **Debtor-in-Possession.** | § | **Hearing Time: 1:30 PM CT** |

**United States Trustee's Motion to Dismiss Case under 11 U.S.C. § 1112(b) or, in the
Alternative, to Convert Case to Chapter 7**

TO THE HONORABLE EDWARD LEE MORRIS, U.S. BANKRUPTCY JUDGE:

Lisa L. Lambert, the United States Trustee for Region 6 ("United States Trustee"),

moves to dismiss the above-referenced Debtor under 11 U.S.C. § 1112(b).  In the

alternative, the United States Trustee seeks conversion of this case to chapter 7.  The

United States Trustee would respectfully show:

**Summary**

Afritex Ventures, Inc.'s (the "Debtor's") bankruptcy should be dismissed because

the estate continues to diminish with no reasonable likelihood of reorganization. The

Debtor has been in bankruptcy since September 2024 without filing a plan of

reorganization, and the Debtor does not appear to be operating at this time.  As of January

31, 2026, the Debtor reported cumulative losses of over $2.5 million since the Petition

Date and $1,649,860.00 in unpaid post-petition receivables. This case should also be

dismissed because the Debtor has not filed operating reports for February or March 2026.

In the alternative, should the Court determine that dismissal is not in the best

interests of creditors or the estate, this case should be converted to chapter 7.

### Jurisdiction and Waiver of 30 Day Hearing Requirement

1. The Court has subject matter jurisdiction under 28 U.S.C. § 1334, 28 U.S.C. §

157(a)(1), and the standing order of reference. Dismissal or conversion under 11 U.S.C. §

1112(b) impacts the case administration and therefore is a core matter that the Court has

the power to resolve. 28 U.S.C. § 157(b)(2)(A).

2. The United States Trustee waives the 30-day hearing requirement on this Motion.

11 U.S.C. § 1112(b)(3).

### Facts

General background

3. The Debtor filed a voluntary chapter 11 petition on September 22, 2024 (the

"Petition Date").

4. The Debtor used to manufacture frozen fish meals for distribution to grocery

stores.

5. On the Petition Date, the Debtor reported on Schedules A/B that it had no real

estate and personal property valued at $20,502,315.70. ECF 52 at 13.

6. The Debtor's property, as of the Petition Date, included frozen seafood and spicies

with a $6,281,917.51 book value and NOLs of $13,729,620. ECF 52 at 13.

7.      In his March 7, 2025, report, examiner J. Mark Chevallier (the "Examiner")
observed the following, with respect to the Debtor's assets:

    a.  A substantial amount of the Debtor's inventory includes "spices, which,
due to aging, are no longer usable;"

    b.  There were questions about the aging of the Debtor's seafood inventory;
and

    c.  With respect to the NOLs, it would be "very difficult to realize value
except through continued operations and without a change of control of the
Debtor."

ECF 204 at 4-5.

8.      The Debtor contended, on Schedules D and E/F, that, as of the Petition Date, it
owed $3,077,302.00 in secured claims, $15,295.31 in priority secured claims, and
$7,357,039.61 in general unsecured claims.  ECF 52 at 39.

9.      As of the date of the filing of this Motion, thirty-one creditors had filed proofs of
claim aggregating $27,506,364.74; of these, $3,683.01 are secured and $5,227.74 are
priority unsecured claims.

10.      In fall 2025, the Debtor moved for the approval of bidding procedures which
would have sold substantially all of its assets[1] to a stalking horse bidder for $1,375,000.00
as an initial cash payment plus additional payments over the next three years as a
percentage of EBIDTA, with the total maximum purchase price not to exceed $3.5
million.  ECF 261 at 31.

---

[1] The assets consisted primarily of "inventory, intellectual property, goodwill, accounts receivable, customer
lists, sales and marketing platforms, work in progress and finished goods, as well as miscellaneous furniture
and equipment."  ECF 261 at ¶ 11.  NOLs do not appear to have been included among those assets to be
sold.

11. The sale never went through, and in December 2025, the Debtor withdrew its bid procedures motion. ECF 282.

12. The Debtor has filed operating reports for the period October 2024 through January 2026.

13. The Debtor reported a $141,320.00 net loss for January 2026, with cumulative net losses of $2,591,240.00 between the Petition Date and January 31, 2026. ECF 292 at 2.

14. The Debtor also reported $1,649,860.00 in post-petition receivables as of January 31, 2026, of which $1,251,853.00 were past due. ECF 292 at 2.

15. As of January 31, 2026, the Debtor had a $3,535.00 cash balance. ECF 292 at 2.

16. The Debtor has not filed a plan or disclosure statement in this case and exclusivity has expired. *See* 11 U.S.C. § 1121(b).

17. The Debtor has not filed operating reports for February or March 2026; its April 2026 report will be due on May 20, 2026.

18. As of the filing of this Motion, the Debtor owes an estimated $226.76 in United States Trustee quarterly fees through first quarter 2026, which will become delinquent on May 1, 2026.

**<u>Argument</u>**

<u>Overview</u>

19. Section 1112(b) of the Bankruptcy Code provides that, "[e]xcept as provided in . . . subsection (c) . . . the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause. . . ." 11 U.S.C. § 1112(b)(1).

<u>No reasonable likelihood of reorganization</u>

20.     The Court may dismiss a case if there is substantial and continuing loss to the estate and the absence of any reasonable likelihood of reorganization.  11 U.S.C. § 1112(b)(4)(A).

21.     The Debtor has accrued $2,591,240.00 in net operating losses between the Petition Date and January 31, 2026.  *See* ECF 292 at 2. The Debtor has also reported that it owes, as of January 31, 2026, a total of $1,649,860.00 in post-petition payables, which number may be higher as of the date of this Motion.

22.     The Debtor reports a $3,535.00 bank balance as of January 31, 2026. *Id.*

23.     Meanwhile, the Debtor is not operating, has not filed a disclosure statement or plan, and exclusivity expired a long time ago.

24.     These facts constitute cause for dismissal under 11 U.S.C. § 1112(b)(4)(A).

Failure to file operating reports or pay U.S. Trustee quarterly fees

25.     A chapter 11 case may also be dismissed if the debtor fails to timely satisfy any reporting requirements or provide information reasonably requested by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F) and (H).

26.     Local Bankruptcy Rule 2020-1 provides:

The United States Trustee may from time to time publish and file with the Bankruptcy Clerk guidelines on matters such as insurance, operating reports, bank accounts and money of estates and other subjects pertaining to the administration of chapter 11 cases. Failure to comply with the requirements of these guidelines may constitute cause justifying the appointment of a trustee, or dismissal or conversion of the case pursuant to 11 U.S.C. § 1112(b).

Local Bankruptcy Rule 2020-1.

27.     The United States Trustee's *Guidelines for Chapter 11 Cases Operating Instructions*

*and Reporting Requirements Northern & Eastern Districts of Texas Region VI*[2]

("*Guidelines*") requires debtors to file periodic monthly operating reports.

28.     The Debtor's failure to file operating reports for February and March 2026

constitutes additional cause for dismissal.

29.     In addition, the Debtor also owes $226.76 in estimated quarterly fees for first

quarter 2026, which will constitute additional cause for dismissal under 11 U.S.C. §

1112(b)(4)(K) if the fees are not remitted before May 1, 2026.

Dismissal, not conversion, appears to be in the best interests of creditors and the estate

30.     Dismissal appears to be in the best interests of creditors and the estate.  While the

Debtor scheduled over $13 million in NOLs, the Examiner observed that this value would

be difficult to realize.  While the Debtor could liquidate its remaining frozen seafood

inventory, it is not likely that sales proceeds would be sufficient to make any distribution

to general unsecured creditors.

31.     Should the Court determine, however, that dismissal is not in the best interests of

creditors, this case should be converted to chapter 7 under 11 U.S.C. § 1112(b).

### Conclusion

The United States Trustee respectfully requests that the Court dismiss this case.  In

the alternative, the United States Trustee requests that the Court convert this case to

chapter 7. The United States Trustee further respectfully requests that the Court grant any

other relief to which she might be entitled.

DATED: April 29, 2026                              Respectfully submitted,

                                                   LISA L. LAMBERT
                                                   UNITED STATES TRUSTEE

---

[2] The latest version of the *Guidelines,* which was last updated in February 2026, may be found on the United States Trustee's Region 6 website.

/s/ Erin Marie Schmidt
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

**Certificate of Service**

I certify that this Motion was served out on April 30, 2026, on all parties listed on the attached matrix via first class U.S. Mail, postage prepaid.

/s/ Erin Marie Schmidt
Erin Marie Schmidt

Label Matrix for local noticing
0539-4
Case 24-43390-elm11
Northern District of Texas
Ft. Worth
Wed Apr 29 16:05:08 CDT 2026

Afritex Ventures, Inc.
13100 US Hwy 287
STE 134 PMD# 113
Haslet, TX 76052-2729

Alpha Brokers Corporation
2875 nw 82 avenue
DORAL, FL 33122-1064

Blue Star Foods, Inc.
c/o Behar Gutt & Glazer, P.A.
1855 Griffin Rd
Suite A-350
Dania Beach, FL 33004-2210

Elliott, Thomason & Gibson, LLP
Elliott, Thomason & Gibson, LLP
c/o Christina W. Stephenson
Suite 202
Dallas, TX 75201 United States

Hofseth, LLC
c/o Wick Phillips
3131 McKinney Ave.
Suite 500
Dallas, TX 75204-2441

SouthStar Financial, LLC
c/o Howard Marc Spector
12770 Coit Rd, Ste 850
Dallas, TX 75251-1364

Texas Comptroller of Public Accounts, Revenu
John Mark Stern
P.O. Box 12548
Austin, TX 78711-2548

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

501 W. Tenth Street
Fort Worth, TX 76102-3637

1WorldSync
7777 WASHINGTON VILLAGE DR STE 360
Dayton, OH 45459-3958

8451
100 W 5th St
Cincinnati, OH 45202-2704

Alpha Brokers
2875 N.W 82nd Avenue
Miami, FL 33122-1064

Ambassador Meat
2856 Guinotte Ave.
Kansas City, MO 64120-2002

Aquafisk Inc
10 Colonial Rd 28
Salem, MA 01970-2943

Atlantic Fish and Seafood
159 E Main St
Gloucester, MA 01930-3844

Atlantic Tape & Packaging
100 Gardner Park
Suite 200
Peachtree City, GA 30269-3020

Attanet Ltd
PO Box 16137
Dowerglen Edenvale, South Africa

Attorney General of the United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530-0001

Bakertilly
2500 Dallas Parkway
Suite 300
Plano, TX 75093-4872

Bally Plus Food Solution
Garland Ventures
115 S. International Rd.
Suite A
Garland, TX 75042-6533

Blakeman Transportation
PO Box 4340
Forth Worth, TX  76164-0340

Blu Arctic
Attn: Thomas J. Leissl
4 Larch Lane
Larchmont, NY 10538-1120

Blue Cross Blue Shield
PO Box 650615
Dallas, TX 75265-0615

Blue Harvest Fisheries
40 Herman Melville Blvd
New Bedford, MA 02740-7344

Blue Star Foods Corp
3000 NW 109 Ave.
Miami, FL 33172-5031

Blue Star Foods Corp.
c/o Brian S. Behar, Esq.
DCOTA, 1855 Griffin Road, Suite A-350
Ft. Lauderdale, Fl 33004-2210

Brandon Lira, Esq.
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507-1839

Club Demonstration Srvs, Inc.
15310 Barranca Parkway
Suite 100
Irvine, CA 92618-2237

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Craig D. Cherry
7901 Fish Pond Rd.
2nd Floor
Waco, TX 76710-1013

DCSS, LLC
2522 109th Street
Grand Prairie, TX 75050-6460

Dalhaize America
PO Box 1330
Salisbury, NC 28145-1330

Dallas City Secretary's Office
1500 Marilla St Ste 5ds
Dallas, TX 75201-6318

David Diamond
c/o Christopher Akin
2100 Ross Ave, Ste 2700
Dallas, Texas 75201-7919

Daymon
Attn Legal Department-Supplier
333 Ludlow Street, 5th Floor
Stamford, CT 06902-6991

Dependable Warehousing and Dist.
2900 NW 75 Street
Miami, FL 33147-5944

Dupuy Storage and forwarding
4300 Jourdan Road
New Orleans, LA 70126-3731

EMPIRE Marketing Strategies
1014 Vine Street
Suite 2550
Cincinati, OH 45202-1183

Empire Marketing Strategies, Inc.
c/o Brandon Lira, Esq.
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507-1839

(p)EULER HERMES DBA ALLIANZ TRADE
100 INTERNATIONAL DR 22ND
BALTIMORE MD 21202-4783

Euler Hermes N.A - Agent for FINE FOOD FACTO
100 International dr 22nd floor, Baltimo
Baltimore, MD 21202-4673

Euler Hermes N.A - Agent for HUB LABELS, INC
100 International dr 22nd floor, Baltimo
Baltimore, MD 21202-4673

Euler Hermes N.A - Agent for MAX-PAK, INC.
100 International dr 22nd floor, Baltimo
Baltimore, MD 21202-4673

Euler Hermes N.A - Agent for MICAL SEAFOOD,
100 International dr 22nd floor, Baltimo
Baltimore, MD 21202-4673

FacilaTrace, LLC
7901 Fish Pond Rd.
2nd Floor
Waco, TX 76710-1013

Fargo Partners
3353 NW 74th Ave
Miami 33122-1229

Fine Food Factory
1975 E Sunrise Blvd
Suite 629
Fort Lauderdale, FL 33304-1442

Fine Food Factory, Inc.
1 E. Broward Blvd.
Suite 915
Ft. Luaderdale, FL 33301-1812

Fineberg Investments LP
c/o Joel Fineberg
5717 Legacy Dr
Plano, Tx 75024-4246

Foa & Son Insurance
200 Broadhollow Road
Melville, NY 11747-4806

Focus Sale Marketing
205 E. Butterfield Rd.
Suite 139
ELMHURST, IL 60126-7200

Food and Drug Admin
10903 New Hampshire
Silver Spring, MD 20993-0002

Freezpack Elizabeth
760B Port Carteret Dr.
Carteret, NJ 07008-3510

Frozen Food Express
PO Box 847576
Dallas, TX  75284-7576

Garland Ventures
115 S International Rd
Garland, TX 75042-6533

Gavin van der Burgh
300 Adair Ave.
Longwood, FL 32750-6284

HUB FOLDING BOX
774 Norfolk Street
Mansfield, MA 02048-1826

Hannaford Bros. Co., LLC
145 Pleasant Hill Road
Scarborough, ME 04074-7118

Hofseth, LLC
4031 Aspen Grove Drive
Suite 680
Franklin, TN 37067-5043

Hub Folding Box Company, Inc.
H. Anthony DiRico, President
774 Norfolk Street
Mansfield, MA 02048-1826

Igloo exhange LLC
6745 NW 36th St
Unit 270
Miami, FL 33166-6834

Inland Seafood Corporation
1651- Montreal Circle
Tucker, GA 30084-6933

Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Warehousing
700 Bartram Pkwy
Franklin, IN 46131-6916

Jason Ferraro
3632 Connaught Rd.
Richardson, TX 75082-0043

Jeoffrey L. Burtch, Chapter 7 Trustee
Cozen O'Connor
c/o Simon E. Fraser, Esquire
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1166

Joel Fineberg
5717 Legacy Drive
Plano, Tx 75024-4246

Justin M. Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave.
Suite 1400
Orlando, FL 32801-3483

Justin M. Luna, Esq.
201 S. Orange Ave.
Suite 1400
Orlando, FL 32801-3483

KeHe
PO Box 24830
Jacksonville, FL 32241-4830

Kensington Gate LLC
C/o Christopher Akin
2100 Ross Ave, Ste 2700
Dallas, Tx 75201-7919

Lake Trucking Company
PO Box 1335
Charlotte, NC 28201-1335

Lavaro Solutions Corporation
201 S. Orange Ave.
Suite 1400
Orlando, FL 32801-3483

Lavoro Solutions Corp
7635 Ashley Park Court S 503
Orlando, FL 32835-6196

Lineage Logistics
60 Commercial Street
Everett, MA 02149-5507

Mark Moedritzer
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

Merieux NutriScience
401 N Michigan Ave
Suite 1400
Chicago, IL 60611-4263

Minute Man Press
800 Waterway Place
Longwood, FL 32750-3535

Mitchell J. Cohen, Esq.
1 E Broward Blvd Suit 915
Ft. Lauderdale, FL 33301-1812

National Oceanic and Atomospheric Admin
1401 Constitution Ave NW, Rm 5128
Washington, DC 20230-0001

Navigators Insurance Company
2875 NW 82nd Avenue
Miami, FL 33122-1064

Office of the US Attorney
3rd Flr., 1100 Commerce Street
Dallas, TX 75242

Office of the US Trustee
1100 Commerce St Ste 976
Dallas, TX 75242-0996

Optimista Florida SPV, LLC
Marks Gray, P.A.
1200 Riverplace Boulevard
Suite 800
Jacksonville, FL 32207-1834

Pesnusan Cia. LTDA
Via Manta Montecristi Sitio Piedra Blanc
Ecuador

SPS Commerce Inc
PO Box 205782
Dallas, TX 75320-5782

Sandler Travis and Rosenberg P.A
5835 Waterford District Drive
Suite 200
Miami, FL 33126-2061

Sanlei
Private Bag A104
Thaba Tseka
Lesotho, 100

Sea Jem Imports, Inc
22 River St.
Suite 101
Braintree, MA 02184-3257

Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

Shook, Hardy & Bacon L.L.P.
Mark Moedritzer
2555 Grand Blvd.
Kansas City, MO 64108-2613

South star Seafood
68 SE 6th Street
No. 1805
Miami, FL 33131-3190

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Steckler Wayne Cherry & Love
12720 Hillcrest Road
Suite 1045
Dallas, TX 75230-2079

Studio MXI
26070 Towne Centre Drive
Suite 150
Foothill Ranch, CA 92610-3447

Syndigo LLC
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

TQL Logistics
PO Box 634558
Cincinnati, OH 45263-4558

Texas Attorney General's Office
Bankruptcy - Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

The Spice Guild
2522 109th Street
Grand Prairie, TX 75050-6460

Tommy's Seafood Inc
148 Harbor Circle
New Orleans, LA 70126-1102

Total Quality Logistic
PO BOX 634558
Cincinnati, OH 45263-4558

Total Quality Logistics, LLC
Attn: Joseph B. Wells, Sr Corporate Coun
4289 Ivy Pointe Blvd
Cincinnati, OH 45245-0002

UltraSource LLC
1414 W 29th St.
Kansas City, MO 64108-3604

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Venezio Consulting
38 Rural Ave
Medford, MA 02155-2918

nSpire Growth, LLC
5149 Oak Knoll Lane
Frisco, TX 75034-4075

nSpire Solutions, LLC
7901 Fish Pond Rd.
2nd Floor
Waco, TX 76710-1013

Christina Walton Stephenson
Driver Stephenson, PLLC
13155 Noel Road
Ste 900
Dallas, TX 75240-6882

J. Mark Chevallier
Rochelle McCullough, LLP
901 Main Street, Suite 3200
Dallas, TX 75202-3783

Joel M Fineberg
5717 Legacy Drive
Suite 250
Plano, TX 75024-4246

Vickie L. Driver
Driver Stephenson, PLLC
13155 Noel Road
Ste 900
Dallas, TX 75240-6882

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Euler Hermes
100 International Drive
22nd Floor
Baltimore, MD 21202

State Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptcy Section
PO Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blackbriar Advisors LLC

(u)Driver Stephenson, PLLC

(u)Fine Food Factory, Inc.

(u)Garland Ventures Ltd

(u)Genesis Food Products, Inc.

(u)Hannaford Bros. Co., LLC

(u)Optimista Florida SPV, LLC

(d)Afritex Ventures, Inc.
13100 US Hwy 287 STE 134 PMD# 113
Haslet, TX 76052-2729

(u)Morgan, Lewis & Brockius UK LLP
Condor House
5-10 St. Paul's Churchyard
London EC4M 8AL

(u)Progressive Packaging Inc
1050 Venture Court #120
Carrolton

(u)Bryan Rochelle

(u)David Diamond

End of Label Matrix
Mailable recipients   113
Bypassed recipients    12
Total                 125